JOSEPH J. YBARRA (State Bar No. 218130)
Joseph.Ybarra@halpernmay.com
JOEL MALLORD (State Bar No. 302764)
Joel.Mallord@halpernmay.com
HALPERN MAY YBARRA GELBERG LLP
550 South Hope Street, Suite 2330
Los Angeles, CA 90071-1560
Telephone:     (213) 402-1900


Attorneys for Plaintiff
ACCESS BIOLOGICALS, LLC

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| ACCESS BIOLOGICALS, LLC, | CASE NO. 2:19-cv-01964-JAM-DB |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER PERMITTING FILING OF FIRST AMENDED COMPLAINT** |
| v. | |
| XPO LOGISTICS, LLC and DOES 1 through 10; | Complaint Filed:   September 26, 2019 |
| Defendants. | |

The parties hereby stipulate and request that Plaintiff Access Biologicals, LLC be permitted to file the First Amended Complaint attached as Exhibit A. There is good cause for this amendment as the parties have agreed that it would avoid a motion to dismiss that Defendant XPO Logistics, LLC had otherwise planned to file. Specifically, the First Amended Complaint addresses Defendant's contention that it was not clear enough that the common law claims against it were pleaded in the alternative in the event XPO is determined to have acted in a capacity as a freight broker, rather than a motor carrier, in connection with the alleged events. Although Plaintiff disagrees with Defendant's contention that there was any defect in the original Complaint, it nonetheless agreed to amend the Complaint in order to avoid motion practice. The First Amended Complaint also removes fictitiously named defendants per the Court's prior order.

Therefore, IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, by and through their respective counsel, that:

1. Plaintiff should be granted leave to file the First Amended Complaint for Damages, a copy of which is attached as Exhibit A; and

2. Defendant's responsive pleading shall be due thirty (30) days after the First Amended Complaint for Damages is filed.

DATED: March 23, 2020

HALPERN MAY YBARRA GELBERG LLP

By: */s/ Joel Mallord*

Attorneys for Plaintiff
ACCESS BIOLOGICALS, LLC

SPECTOR RUBIN, P.A.

By: */s/ Robert Borak*

Attorneys for Defendant
XPO LOGISTICS, LLC

# **ORDER**

The Court having reviewed the foregoing Stipulation and for good cause appearing therefore:

IT IS HEREBY ORDERED that

(1) Plaintiff Access Biologicals, LLC is granted leave to file the First Amended Complaint for Damages, a copy of which is attached as Exhibit A.

(2) Defendant XPO Logistics, LLC's responsive pleading shall be due thirty (30) days after the First Amended Complaint for Damages is filed.

(3) The First Amended Complaint for Damages is deemed filed as of the date this Order is transmitted via the CM/ECF system.

DATED: 3/23/2020                    /s/ John A. Mendez

                                                HON. JOHN A. MENDEZ
                                                UNITED STATES DISTRICT JUDGE