JOSEPH J. YBARRA (State Bar No. 218130)
Joseph.Ybarra@halpernmay.com
JOEL MALLORD (State Bar No. 302764)
Joel.Mallord@halpernmay.com
HALPERN MAY YBARRA GELBERG LLP
550 South Hope Street, Suite 2330
Los Angeles, CA  90071-1560
Telephone:     (213) 402-1900

Attorneys for Plaintiff
ACCESS BIOLOGICALS, LLC

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACCESS BIOLOGICALS, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>XPO LOGISTICS, LLC;<br><br>　　　　　　Defendant. | CASE NO. 2:19-cv-01964-JAM-DB<br><br>**STIPULATION AND ORDER OF DISMISSAL UNDER FRCP 41(a)**<br><br>Complaint Filed:   September 26, 2019 |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel, that the above-captioned action is voluntary dismissed, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear responsibility for its own costs and fees.

DATED: January 5, 2021

HALPERN MAY YBARRA GELBERG LLP

By: */s/ Joseph J. Ybarra*

Attorneys for Plaintiff
ACCESS BIOLOGICALS, LLC


SPECTOR RUBIN, P.A.

By: */s/ Robert Borak*

Attorneys for Defendant
XPO LOGISTICS, LLC

SO ORDERED:

DATED:  January 5, 2021        /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE